

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8634

March 7, 2019

**BY ECF**

Hon. Deborah A. Batts
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Donohue v. N.Y.C. Dept. of Educ., et al.,*
18-cv-9712 (DAB)

Your Honor:

This Office represents defendants New York State, the Board of Regents of the State of New York, and the New York State Department of Education ("the State Defendants") in this action. On January 11, 2019, the State Defendants moved to dismiss the complaint against it on the grounds that they are not proper parties to this action. (Docket No. 39, 43). Plaintiffs have not opposed the motion. The State Defendants respectfully request that the Court grant their unopposed motion.

Thank you for your consideration in this matter.

Respectfully submitted,

Clement J. Colucci
Assistant Attorney General

| From: | NYSD_ECF_Pool@nysd.uscourts.gov |
|---|---|
| Sent: | Monday, March 11, 2019 10:56 AM |
| To: | CourtMail@nysd.uscourts.gov |
| Subject: | Activity in Case 1:18-cv-09712-DAB Donohue et al v. Lloyd et al Notice to Attorney to Re-File Document - Event Type Error |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Southern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 3/11/2019 at 10:55 AM EDT and filed on 3/11/2019
**Case Name:** Donohue et al v. Lloyd et al
**Case Number:** 1:18-cv-09712-DAB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR. Notice to Attorney Clement John Colucci to RE-FILE Document [46] FIRST LETTER MOTION to Compel Plaintiffs to Respond to the State Defendants' Motion to Dismiss the Complaint (ECF #39, 43) or in the Alternative; the State Defendants respectfully request that the Court grants their unopposed motion </. Use the event type Letter found under the event list Other Documents. (db)**

*1:18-cv-09712-DAB Notice has been electronically mailed to:*

*Clement John Colucci, III    Clement.Colucci@ag.ny.gov, OAGLitE@ag.ny.gov, Stephanie.Rosenberg@ag.ny.gov*

*Peter Glenn Albert    peter@pabilaw.org*

*Karl Joseph Ashanti    karl@pabilaw.org*

*Monica Anne Connell    Monica.Connell@ag.ny.gov, stephanie.rosenberg@ag.ny.gov*

*Ralph M. Gerstein    rgerstein@comcast.net, hearings@pabilaw.org, karl@pabilaw.org*

David Sumner Thayer    dthayer@law.nyc.gov

*1:18-cv-09712-DAB Notice has been delivered by other means to:*