UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK DONOHUE *et al.*,
                              Plaintiffs,

-v-

MICHAEL KENNEDY LLOYD *et al.*,
                              Defendants.

18-CV-9712 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The referral to Magistrate Judge Lehrburger at Docket Number 50 is hereby withdrawn.

    SO ORDERED.

Dated: February 21, 2020
       New York, New York

                                                      J. PAUL OETKEN
                                                      United States District Judge