# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

PATRICK DONOHUE, et al.,

                Plaintiff,

-against-                      18 **CIVIL** 9712 (JPO)

**JUDGMENT**

MICHAEL KENNEDY LLOYD, et al.,

                Defendants.

-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 1, 2020, Defendants' motions to dismiss are granted.

**Dated:** New York, New York
          June 2, 2020

                                              **RUBY J. KRAJICK**
                                              _____
                                              **Clerk of Court**
                         **BY:**
                                              **Deputy Clerk**